David P. Matthews
TX No. 13206200
Jason C. Webster
TX No. 24033318
Matthews & Associates
2905 Sackett St.
Houston, TX 77098
(713) 522-5250
(713) 535-7184 facsimile
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. C 07 2313 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Jessie M. Phillips, et al.,<br><br>                Plaintiffs,<br><br>    vs.<br><br>Pfizer Inc., et al.<br>                Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, THOMAS M. COYNE, JULIA R. HILL, JOHN D. JUSTINIANO, ELAINE L. KULHANEK, JESSIE M. PHILLIPS and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: 11/12 , 2009        MATTHEWS & ASSOCIATES

By: _____
David P. Matthews
Attorneys for Plaintiffs

-1-

DATED: February 4, 2010    DLA PIPER LLP (US)

By: _____
Michelle W. Sadowsky
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 5, 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**